**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Rahimzadeh v. ACE American Insurance Company

Case Number: 1:22-cv-07056

An appearance is hereby filed by the undersigned as attorney for:

Rahimzadeh

Attorney name (type or print): Jason E. DeVore

Firm: DeVore Radunsky LLC

Street address: 230 W Monroe, Ste 230

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6242782
(See item 3 in instructions)

Telephone Number: 312-300-4479

Email Address: jdevore@devoreradunsky.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/15/2022

Attorney signature: S/ Jason E. DeVore
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015