UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jason Rahimzadeh
                                        Plaintiff,

v.                                                                  Case No.: 1:22–cv–07056
Honorable Joan H. Lefkow

ACE American Insurance Company
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2023:

      MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's response to the motion to dismiss [12] is due by 2/16/2023; defendant's reply by 3/2/2023. Status hearing set for 2/1/2023 is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.