## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Rahimzadeh

                           Plaintiff,

v.                                                       Case No.: 1:22–cv–07056

                                                                 Honorable Joan H. Lefkow

ACE American Insurance Company

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

      MINUTE entry before the Honorable Joan H. Lefkow: The parties are ordered to file a joint status report by July 25, 2023 addressing: (1) the relationship between Defendant ACE American Insurance Company and Chubb; (2) whether Chubb is a required party that must be joined as a defendant under Federal Rule of Civil Procedure 19; and (3) whether the court would retain subject matter jurisdiction if Chubb is joined to this action under Rule 19. Although Chubb is not presently a party to this lawsuit, Plaintiff describes ACE as "an affiliate of Chubb" (dkt. 1–1 1) and seeks to enforce insurance coverage under a policy document bearing "Chubb" branding (see id. Ex. B). This insurance policy identifies ACE as issuing the policy, but directs policyholder questions to the "Chubb Customer Support Services Department" (id. Ex. B). Plaintiff's complaint also uses "Chubb" as a shorthand for ACE despite the two seeming to be separate (but related) companies. Although ACE attaches the policy document bearing Chubb branding to its motion to dismiss (see dkt. 12–1), neither party makes any mention of Chubb in its briefing on the motion (see dkts. 12, 14, 15). Other litigation in this district identifies ACE and Chubb as distinct corporate entities. See, e.g., Viola v. ACE Am. Ins. Co. et al., No. 23 C 3729. As the relationship of Chubb to the parties and facts of this case is unclear, it is likewise unclear whether the court "can[ ] accord complete relief among existing parties" without Chubb's involvement in this litigation. Fed. R. Civ. P. 19(a)(1)(A). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.