**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JASON RAHIMZADEH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-07056 |
| v. | ) |
| | ) Honorable Joan H. Lefkow |
| ACE AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

NOW COMES Plaintiff, JASON RAHIMZADEH, pursuant to Local Rule 83.17, and respectfully moves for leave of Court to substitute counsel. In support, Plaintiff states as follows:

1. On December 14, 2022, Defendant filed its Notice of Removal, removing the case from the Circuit Court of Cook County to this Court. (Doc. #1)

2. On December 15, 2022, attorneys Jason E. DeVore, Troy S. Radunsky, and Zachary G. Stillman, of the law firm DeVore Radunsky LLC, each entered an Appearance on behalf of Plaintiff, and currently are attorneys of record for Plaintiff. (Docs. #5, #6, #7).

3. During the week of October 2, 2023, Plaintiff engaged Adam L. Frankel, Attorney at Law, in discussions regarding Plaintiff's continued representation in this matter in light of the Court's September 20, 2023 Order granting Defendant's Motion to Dismiss without prejudice.

4. On October 6, 2023, Plaintiff retained Adam L. Frankel as counsel for Plaintiff's representation in the instant case before the Court.

5. Plaintiff accordingly seeks leave of Court to substitute Adam L. Frankel as his counsel in this matter.

1

6. Adam L. Frankel is admitted to practice before the United States District Court for the Northern District of Illinois, and is suitably qualified to assume Plaintiff's successive representation of in this action.

7. Plaintiff's requested substitution of counsel will not prejudice Defendant, and is sought not for purposes of delay, but to provide Plaintiff continued representation in this case.

WHEREFORE, Plaintiff, JASON RAHIMZADEH, respectfully requests that the Court grant his Motion for Leave to Substitute Counsel, authorize Jason E. DeVore, Troy S. Radunsky, and Zachary G. Stillman, of the law firm DeVore Radunsky LLC, to withdraw as counsel for Plaintiff, and permit Adam L. Frankel to enter his appearance as attorney for Plaintiff.

Dated: October 10, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　JASON RAHIMZADEH

　　　　　　　　　　　　　　　　　　By:　　*/s/ Adam L. Frankel*
　　　　　　　　　　　　　　　　　　　　　Adam L. Frankel (ARDC #6274946)
　　　　　　　　　　　　　　　　　　　　　ATTORNEY AT LAW
　　　　　　　　　　　　　　　　　　　　　33 West Monroe Street, Ste. 1100
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　　Phone: (773) 791-4981
　　　　　　　　　　　　　　　　　　　　　Email: adam224@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JASON RAHIMZADEH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-07056 |
| v. | ) |
| | ) Honorable Joan H. Lefkow |
| ACE AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

Jason E. DeVore, of the law firm DeVore Radunsky LLC, hereby withdraws his Appearance as counsel for Plaintiff.

Dated: October 10, 2023

*/s/ Jason E. DeVore*
Jason E. DeVore (ARDC # 6242782)
DEVORE RADUNSKY LLC
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com

Troy S. Radunsky, of the law firm DeVore Radunsky LLC, hereby withdraws his Appearance as counsel for Plaintiff.

Dated: October 10, 2023

*/s/ Troy S. Radunsky*
Troy S. Radunsky (ARDC # 6269281)
DEVORE RADUNSKY LLC
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
tradunsky@devoreradunsky.com

Zachary G. Stillman, of the law firm DeVore Radunsky LLC, hereby withdraws his Appearance as counsel for Plaintiff.

Dated: October 10, 2023

*/s/ Zachary G. Stillman*
Zachary G. Stillman (ARDC # 6342749)
DEVORE RADUNSKY LLC
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
zstillman@devoreradunsky.com

4

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 10, 2023, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

By:     */s/ Adam L. Frankel*
Adam L. Frankel (ARDC #6274946)
ATTORNEY AT LAW
33 West Monroe Street, Ste. 1100
Chicago, Illinois 60603
Phone: (773) 791-4981
Email: adam224@gmail.com