IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON RAHIMZADEH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:22-cv-07056 |
| v. ) | |
| ) | Honorable Joan H. Lefkow |
| ACE AMERICAN INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiff, JASON RAHIMZADEH, by and through his counsel, Adam L. Frankel, and respectfully moves the Court for a 30-day extension of time to file his Amended Complaint. In support, Plaintiff states as follows:

1. On September 20, 2023, the Court issued its written Opinion and Order granting Defendant's Motion to Dismiss without prejudice. (Doc. #18).

2. The Court's Opinion and Order specified—in reference to Chubb's nebulous relationship with Defendant, the use of the Chubb name ubiquitously n the policy at issue, and Plaintiff's Complaint and Response to Defendant's Motion to Dismiss suggesting that a separate "Chubb" entity could have played a role in this dispute—that "if Plaintiff believes some additional entity is a necessary defendant must amend the complaint accordingly." (Doc. #18, fn. 1).

2. Accordingly, Plaintiff intends to file an Amended Complaint in conformity with the Court's Opinion and Order.

3. During the week of October 2, 2023, Plaintiff engaged Adam L. Frankel, Attorney at Law, in discussions regarding Plaintiff's continued representation in this matter in light of the Court's September 20, 2023 Order granting Defendant's Motion to Dismiss without prejudice.

4. On October 6, 2023, Plaintiff retained Adam L. Frankel as counsel for Plaintiff's representation in the instant case before the Court.

5. Given Plaintiff's recent retention of Adam L. Frankel to represent him in this case, counsel requires additional time to familiarize himself with the substance and posture of the proceedings in order to provide Plaintiff effective representation.

6. As such, Plaintiff respectfully requests the Court to grant an extension of 30 days, to and including November 19, 2023, in which to file Plaintiff's Amended Complaint.

7. This extension will not prejudice Defendant, and is not sought for delay or any other purpose than to provide counsel with sufficient time to prepare Plaintiff's Amended Complaint.

WHEREFORE, Plaintiff, JASON RAHIMZADEH, respectfully requests that the Court grant his Motion for Extension of Time to File Amended Complaint, and for any other relief the Court deems just and equitable.

Dated: October 10, 2023

Respectfully submitted,

JASON RAHIMZADEH

By:    */s/ Adam L. Frankel*
Adam L. Frankel (ARDC #6274946)
ATTORNEY AT LAW
33 West Monroe Street, Ste. 1100
Chicago, Illinois 60603
Phone: (773) 791-4981
Email: adam224@gmail.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on October 10, 2023, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

                                         By:    */s/ Adam L. Frankel*
                                                     Adam L. Frankel (ARDC #6274946)
                                                     ATTORNEY AT LAW
                                                     33 West Monroe Street, Ste. 1100
                                                     Chicago, Illinois 60603
                                                     Phone: (773) 791-4981
                                                     Email: adam224@gmail.com