**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Rahimzadeh v. ACE American Insurance Co.

Case Number: 1:22-cv-07056

An appearance is hereby filed by the undersigned as attorney for:

Jason Rahimzadeh, Plaintiff

Attorney name (type or print): Adam L. Frankel

Firm: Attorney at Law

Street address: 33 W. Monroe St., Ste. 1100

City/State/Zip: Chicago/IL/60603

Bar ID Number: 6274946
(See item 3 in instructions)

Telephone Number: (773)791-4981

Email Address: adam224@gmail.com

Are you acting as lead counsel in this case? ✓ Yes ☐ No

Are you a member of the court's general bar? ✓ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ✓ No

Are you appearing *pro hac vice*? ☐ Yes ✓ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✓ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/10/23

Attorney signature: S/ Adam L. Frankel
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023