# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Rahimzadeh
                                      Plaintiff,

v.                                                          Case No.: 1:22–cv–07056
                                                           Honorable Joan H. Lefkow

ACE American Insurance Company
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2023:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion to substitute attorney [19] is granted. Motion for extension of time to file [20] is granted. Amended complaint is due by 11/19/2023. The status hearing set for 10/18/2023 is stricken and reset to 12/13/2023 at 9:30 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.